

Metaldyne Performance Group Inc.
One Towne Square
Suite 550
Southfield, MI 48076

| Pay Statement | |
|---|---|
| Period Start Date | 05/22/2017 |
| Period End Date | 06/04/2017 |
| Pay Date | 06/09/2017 |
| Document | [redacted] |
| Net Pay | $1,280.11 |

## Pay Details

Randy M. Runyan
12771 Rt. 219
Ridgway, PA 15853
USA

| | |
|---|---|
| Employee Number | [redacted] |
| SSN | [redacted] |
| Job | CNC Operator |
| Pay Rate | $19.87 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Metaldyne Ridgway Hrly |
| Location | Ridgway |
| Sub Ledger | 40000 - Conv Generic |
| Department | R01121 - Finishing Cell 1st |
| Cost Center | 4410 - CONVENT MACHINING |

| | |
|---|---|
| Federal Income Tax | S 0 |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bereavement | 0.0000 | $0.0000 | $0.00 | $476.88 |
| Holiday | 8.0000 | $19.8700 | $158.96 | $787.12 |
| OT Base | 12.0000 | $19.8700 | $238.44 | $4,959.70 |
| Overtime Prem | 12.0000 | $9.9350 | $119.22 | $2,479.83 |
| Regular | 67.5000 | $19.8700 | $1,341.22 | $16,888.58 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $476.88 |
| Vacation Occ | 4.5000 | $19.8700 | $89.42 | $407.34 |

Total Hours Worked 0.0000 Total Hours 92.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $10.10 | $121.20 | $0.00 | $0.00 |
| Medical | Yes | $193.56 | $2,322.72 | $0.00 | $0.00 |
| SHOES | No | $0.00 | $10.00 | $0.00 | $0.00 |
| Tax Levy | No | $0.00 | $314.70 | $0.00 | $0.00 |
| Vision | Yes | $9.30 | $111.60 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $247.57 | $3,748.12 |
| Employee Medicare | $25.15 | $346.85 |
| Social Security Employee Tax | $107.53 | $1,483.09 |
| PA State Income Tax | $53.24 | $734.34 |
| RIDGWAY - RIDGWAY | $17.34 | $239.19 |
| RIDGWAY TWP | $1.81 | $21.72 |
| RIDGWAY SD-RIDGWAY TWP | $0.19 | $2.28 |
| PA Unemployment Employee | $1.36 | $18.54 |



Metaldyne Performance Group Inc.
One Towne Square
Suite 550
Southfield, MI 48076

Pay Statement

| | |
|---|---|
| Period Start Date | 05/08/2017 |
| Period End Date | 05/21/2017 |
| Pay Date | 05/26/2017 |
| Document | [redacted] |
| Net Pay | $1,280.13 |

## Pay Details

Randy M. Runyan
12771 Rt. 219
Ridgway, PA 15853
USA

| | |
|---|---|
| Employee Number | [redacted] |
| SSN | [redacted] |
| Job | CNC Operator |
| Pay Rate | $19.87 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Metaldyne Ridgway Hrly |
| Location | Ridgway |
| Sub Ledger | 40000 - Conv Generic |
| Department | R01121 - Finishing Cell 1st |
| Cost Center | 4410 - CONVENT MACHINING |

| | |
|---|---|
| Federal Income Tax | S 0 |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bereavement | 0.0000 | $0.0000 | $0.00 | $476.88 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $628.16 |
| OT Base | 12.0000 | $19.8700 | $238.44 | $4,721.26 |
| Overtime Prem | 12.0000 | $9.9350 | $119.22 | $2,360.61 |
| Regular | 80.0000 | $19.8700 | $1,589.60 | $15,547.36 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $476.88 |
| Vacation Occ | 0.0000 | $0.0000 | $0.00 | $317.92 |

Total Hours Worked 0.0000 Total Hours 92.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $10.10 | $111.10 | $0.00 | $0.00 |
| Medical | Yes | $193.56 | $2,129.16 | $0.00 | $0.00 |
| SHOES | No | $0.00 | $10.00 | $0.00 | $0.00 |
| Tax Levy | No | $0.00 | $314.70 | $0.00 | $0.00 |
| Vision | Yes | $9.30 | $102.30 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $247.57 | $3,500.55 |
| Employee Medicare | $25.14 | $321.70 |
| Social Security Employee Tax | $107.52 | $1,375.56 |
| PA State Income Tax | $53.24 | $681.10 |
| RIDGWAY - RIDGWAY | $17.34 | $221.85 |
| RIDGWAY TWP | $1.81 | $19.91 |
| RIDGWAY SD-RIDGWAY TWP | $0.19 | $2.09 |
| PA Unemployment Employee | $1.36 | $17.18 |



Metaldyne Performance Group Inc.
One Towne Square
Suite 550
Southfield, MI 48076

| Pay Statement | |
|---|---|
| Period Start Date | 04/24/2017 |
| Period End Date | 05/07/2017 |
| Pay Date | 05/12/2017 |
| Document | [redacted] |
| Net Pay | $1,280.11 |

## Pay Details

Randy M. Runyan
12771 Rt. 219
Ridgway, PA 15853
USA

| | |
|---|---|
| Employee Number | [redacted] |
| SSN | [redacted] |
| Job | CNC Operator |
| Pay Rate | $19.87 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Metaldyne Ridgway Hrly |
| Location | Ridgway |
| Sub Ledger | 40000 - Conv Generic |
| Department | R01121 - Finishing Cell 1st |
| Cost Center | 4410 - CONVENT MACHINING |

| | |
|---|---|
| Federal Income Tax | S 0 |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bereavement | 0.0000 | $0.0000 | $0.00 | $476.88 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $628.16 |
| OT Base | 12.0000 | $19.8700 | $238.44 | $4,482.82 |
| Overtime Prem | 12.0000 | $9.9350 | $119.22 | $2,241.39 |
| Regular | 68.0000 | $19.8700 | $1,351.16 | $13,957.76 |
| Vacation | 4.0000 | $19.8700 | $79.48 | $476.88 |
| Vacation Occ | 8.0000 | $19.8700 | $158.96 | $317.92 |

Total Hours Worked 0.0000 Total Hours 92.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $10.10 | $101.00 | $0.00 | $0.00 |
| Medical | Yes | $193.56 | $1,935.60 | $0.00 | $0.00 |
| SHOES | No | $0.00 | $10.00 | $0.00 | $0.00 |
| Tax Levy | No | $0.00 | $314.70 | $0.00 | $0.00 |
| Vision | Yes | $9.30 | $93.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $247.57 | $3,252.98 |
| Employee Medicare | $25.15 | $296.56 |
| Social Security Employee Tax | $107.53 | $1,268.04 |
| PA State Income Tax | $53.24 | $627.86 |
| RIDGWAY - RIDGWAY | $17.34 | $204.51 |
| RIDGWAY TWP | $1.81 | $18.10 |
| RIDGWAY SD-RIDGWAY TWP | $0.19 | $1.90 |
| PA Unemployment Employee | $1.36 | $15.82 |

Paid Time Off

Net Pay Distribution

Metaldyne Performance Group Inc.
One Towne Square
Suite 550
Southfield, MI 48076

| Pay Statement | |
|---|---|
| Period Start Date | 04/10/2017 |
| Period End Date | 04/23/2017 |
| Pay Date | 04/28/2017 |
| Document | [redacted] |
| Net Pay | $1,252.29 |

## Pay Details

Randy M. Runyan
12771 Rt. 219
Ridgway, PA 15853
USA

| | |
|---|---|
| Employee Number | [redacted] |
| SSN | [redacted] |
| Job | CNC Operator |
| Pay Rate | $19.87 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Metaldyne Ridgway Hrly |
| Location | Ridgway |
| Sub Ledger | 40000 - Conv Generic |
| Department | R01121 - Finishing Cell 1st |
| Cost Center | 4410 - CONVENT MACHINING |

| | |
|---|---|
| Federal Income Tax | S 0 |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bereavement | 0.0000 | $0.0000 | $0.00 | $476.88 |
| Holiday | 8.0000 | $19.8700 | $158.96 | $628.16 |
| OT Base | 16.1000 | $19.8700 | $319.91 | $4,244.38 |
| Overtime Prem | 16.1000 | $9.9350 | $159.95 | $2,122.17 |
| Regular | 72.0000 | $19.8700 | $1,430.64 | $12,606.60 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $397.40 |
| Vacation Occ | 0.0000 | $0.0000 | $0.00 | $158.96 |

Total Hours Worked 0.0000 Total Hours 96.1000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $10.10 | $90.90 | $0.00 | $0.00 |
| Medical | Yes | $193.56 | $1,742.04 | $0.00 | $0.00 |
| SHOES | No | $0.00 | $10.00 | $0.00 | $0.00 |
| Tax Levy | No | $105.07 | $314.70 | $0.00 | $0.00 |
| Vision | Yes | $9.30 | $83.70 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $278.12 | $3,005.41 |
| Employee Medicare | $26.92 | $271.41 |
| Social Security Employee Tax | $115.10 | $1,160.51 |
| PA State Income Tax | $56.99 | $574.62 |
| RIDGWAY - RIDGWAY | $18.56 | $187.17 |
| RIDGWAY TWP | $1.81 | $16.29 |
| RIDGWAY SD-RIDGWAY TWP | $0.19 | $1.71 |
| PA Unemployment Employee | $1.45 | $14.46 |

## Paid Time Off

## Net Pay Distribution



Metaldyne Performance Group Inc.
One Towne Square
Suite 550
Southfield, MI 48076

Pay Statement

| | |
|---|---|
| Period Start Date | 03/27/2017 |
| Period End Date | 04/09/2017 |
| Pay Date | 04/14/2017 |
| Document | [redacted] |
| Net Pay | $1,164.68 |

## Pay Details

Randy M. Runyan
12771 Rt. 219
Ridgway, PA 15853
USA

| | |
|---|---|
| Employee Number | [redacted] |
| SSN | [redacted] |
| Job | CNC Operator |
| Pay Rate | $19.87 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Metaldyne Ridgway Hrly |
| Location | Ridgway |
| Sub Ledger | 40000 - Conv Generic |
| Department | R01121 - Finishing Cell 1st |
| Cost Center | 4410 - CONVENT MACHINING |

| | |
|---|---|
| Federal Income Tax | S 0 |
| **PA** State Income Tax (Residence) | S 0 |
| **PA** State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bereavement | 0.0000 | $0.0000 | $0.00 | $476.88 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $469.20 |
| OT Base | 17.0000 | $19.8700 | $337.79 | $3,924.47 |
| Overtime Prem | 17.0000 | $9.9350 | $168.90 | $1,962.22 |
| Regular | 76.0000 | $19.8700 | $1,510.12 | $11,175.96 |
| Vacation | 4.0000 | $19.8700 | $79.48 | $397.40 |
| Vacation Occ | 0.0000 | $0.0000 | $0.00 | $158.96 |

Total Hours Worked 0.0000 Total Hours 97.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $10.10 | $80.80 | $0.00 | $0.00 |
| Medical | Yes | $193.56 | $1,548.48 | $0.00 | $0.00 |
| SHOES | No | $0.00 | $10.00 | $0.00 | $0.00 |
| Tax Levy | No | $209.63 | $209.63 | $0.00 | $0.00 |
| Vision | Yes | $9.30 | $74.40 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $284.82 | $2,727.29 |
| Employee Medicare | $27.31 | $244.49 |
| Social Security Employee Tax | $116.77 | $1,045.41 |
| PA State Income Tax | $57.82 | $517.63 |
| RIDGWAY - RIDGWAY | $18.83 | $168.61 |
| RIDGWAY TWP | $1.81 | $14.48 |
| RIDGWAY SD-RIDGWAY TWP | $0.19 | $1.52 |
| PA Unemployment Employee | $1.47 | $13.01 |

## Paid Time Off

## Net Pay Distribution

SYMETRA LIFE INSURANCE COMPANY
LIFE AND ABSENCE MANAGEMENT CENTER
PO BOX 1230
ENFIELD CT 06083-1230

CHECK NO. 
CHECK DATE 05/26/17


Runyan, Lisa
12771 Rt 219
Ridgeway PA 15853

| | |
|---|---|
| Reference | Metaldyne, LLC-Ridgway |
| Policy | |
| Claim | |
| Payment | |
| Benefit | Long Term Disability |

Payment from 2017-05-01 through 2017-05-31

| | |
|---|---|
| Gross Benefit | 1886.56 |
| Total Offsets | -1036.56 |
| Adjusted Gross Benefit | 850.00 |
| Net Payment | 850.00 |

-continued next page-

DETACH AT PERFORATION

W-765NBR-04