FILED
6/28/17 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-10599-TPA |
| **Randy M. Runyan and** | : | |
| **Lisa A. Runyan,** | : | Chapter 13 |
| **Debtors** | : | |
| | : | Related to Document No. 7 |
| **Randy M. Runyan and** | : | |
| **Lisa A. Runyan,** | : | |
| **Movants** | : | |
| vs. | : | |
| **No Respondents** | : | |

## ORDER

**AND NOW,** to wit this __28th__ day of June, 2017, the Court having considered the within Motion, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Debtors shall be and hereby are afforded an extension of time until the end of the 3rd day of July, 2017, within which to file their schedules, statements and related information.

2. No further extensions will be granted.

BY THE COURT:

_____ vas
Thomas P. Agresti
United States Bankruptcy Judge

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
```

In re:                                                           Case No. 17-10599-TPA
Randy M. Runyan                                                  Chapter 13
Lisa A. Runyan
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lkat              Page 1 of 1             Date Rcvd: Jun 28, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db/jdb         +Randy M. Runyan,    Lisa A. Runyan,    12771 Route 219,    Ridgway, PA 15853-4525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Randy M. Runyan thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5