# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 17-10599-TPA
**Randy M. Runyan and**                             :
**Lisa A. Runyan,**                                 : Chapter 13
      **Debtors**     :
                                                    :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 5th day of July, 2017, a true and correct copy of the Order dated July 3, 2017, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    METALDYNE PERFORMANCE GROUP, INC.
    ONE TOWNE SQUARE, SUITE 550
    SOUTHFIELD, MI 48076

    RANDY M. RUNYAN
    LISA A. RUNYAN
    12771 ROUTE 219
    RIDGWAY, PA 15853

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: July 5, 2017

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors