FILED
7/7/17 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| RANDY M. RUNYAN and<br>LISA A. RUNYAN<br>    *Debtors* | :<br>:<br>:<br>: | Case No. 17-10599 TPA<br>Chapter 13 |
| RANDY M. RUNYAN and<br>LISA A. RUNYAN<br>    *Movants* | :<br>:<br>:<br>: | Related to Document No. 21 |
| v. | :<br>: | |
| BANK OF AMERICA, et al.<br>    *Respondents* | :<br>: | Hearing: August 16, 2017 at 11:30 A.M. |

## **ORDER**

*AND NOW*, this **7th** day of **July, 2017**, an ***Expedited Motion to Extend the Automatic Stay*** having been filed in the above-captioned proceeding by the Debtors on July 6, 2107 at Document No. 21 ("Motion"),

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all Parties against whom relief is sought, their counsel, and the Chapter 13 Trustee.  Thereafter, a ***Certificate of Service*** shall ***IMMEDIATELY*** be filed by Counsel for the Moving Party.  ***To the extent numbers and addresses are available, service shall also be made by fax and email***.  Failure to properly serve the *Motion* or timely file the *Certificate* may result in dismissal of the above-captioned proceeding.

1

(2) Any *Response(s)*, including any consent to the *Motion*, shall be filed with the Clerk's Office **on or before July 21, 2017,** at the U.S. Courthouse, 17 South Park Row, Erie, PA. Any *Response* should be served on the Moving Party, their counsel and the Chapter 13 Trustee.

(3) On *August 16, 2017* at *11:30 A.M.* a hearing on the *Motion* is scheduled in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion.*

(4) The Debtor shall be prepared to offer testimony in support of his/her Motion at the time of the hearing.

It is **FURTHER ORDERED** that the automatic stay shall remain in full force and effect pending further order of the Court.

_____  vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda J. Winnecour, Esq., Ch. 13 Trustee
    Debtors
    Counsel for the Debtor

2

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                  Case No. 17-10599-TPA
Randy M. Runyan                                                         Chapter 13
Lisa A. Runyan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: lkat               Page 1 of 1            Date Rcvd: Jul 07, 2017
                               Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.
db/jdb         +Randy M. Runyan,    Lisa A. Runyan,    12771 Route 219,    Ridgway, PA 15853-4525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Randy M. Runyan thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5