## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-10599-TPA |
| Randy M. Runyan and | : | |
| Lisa A. Runyan, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 25 |
| Randy M. Runyan and | : | |
| Lisa A. Runyan, | : | Hearing Date & Time: August 16, 2017 |
| Movants | : | 10:00 AM |
| vs. | : | |
| | : | |
| Bank of America Home Loans, | : | |
| Capital One Bank, N.A., | : | |
| Citi Cards, | : | |
| Elk County Domestic Relations, | : | |
| Great Lakes, | : | |
| M&T Bank, | : | |
| MRS Assoc., | : | |
| Midland Credit Management, Inc., | : | |
| PASDU, | : | |
| SIMM Associates, Inc., | : | |
| TD Auto Finance, | : | |
| Urden Law Offices, P.C., | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Chapter 13 Trustee) | : | |

### CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' EXPEDITED MOTION TO EXTEND AUTOMATIC STAY BEYOND THIRTY DAYS

The undersigned hereby certifies that, as of the date hereof, no answer, no objection or other responsive pleading to the Debtors' Expedited Motion to Extend Automatic Stay beyond Thirty Days filed on July 6, 2017, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Debtors' Expedited Motion to Extend Automatic Stay beyond Thirty Days appears thereon. Pursuant to the Notice of Hearing, objections to the Debtors' Expedited Motion to Extend Automatic Stay beyond Thirty Days were to be filed and served no later than July 21, 2017.

It is hereby respectfully requested that the Order attached to the Debtors' Expedited Motion to Extend Automatic Stay beyond Thirty Days be entered by the Court.

Dated: July 24, 2017                              /s/ Kenneth P. Seitz, Esquire
                                                              Kenneth P. Seitz, Esquire
                                                              PA I.D. #81666
                                                              The Law Offices of Kenny P. Seitz
                                                              P.O. Box 211
                                                              Ligonier, PA 15658
                                                              (814) 536-7470