FILED
8/17/17 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10599-TPA |
| | : | | |
| Randy M. Runyan | : | Chapter: | 13 |
| Lisa A. Runyan | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/16/2017 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:** #21 Expedited Motion to Extend Automatic Stay Beyond Thirty Days
　　　#25 CNO filed

**APPEARANCES:**
　　Debtor:　Kenneth P. Seitz (no appearance), David Foster
　　Trustee:　Ronda Winnecour

**NOTES:**

Foster:　Objection but has been since resolved and consent order filed.

**OUTCOME:**　GRANTED, OE.

*/s/ signature*
vas