FILED
8/17/17 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-10599-TPA |
| Randy M. Runyan and | : | |
| Lisa A. Runyan, | : | Chapter 13 |
| Debtors | : | |
| | : | (Prior Bankruptcy Case Filed at |
| Randy M. Runyan and | : | Docket No. 13-10877-TPA Dismissed |
| Lisa A. Runyan, | : | February 13, 2017) |
| Movants | : | |
| vs. | : | Docket No. 21 |
| | : | |
| Bank of America Home Loans, | : | |
| Capital One Bank, N.A., | : | |
| Citi Cards, | : | |
| Elk County Domestic Relations, | : | |
| Great Lakes, | : | |
| M&T Bank, | : | |
| MRS Assoc., | : | |
| Midland Credit Management, Inc., | : | |
| PASDU, | : | |
| SIMM Associates, Inc., | : | |
| TD Auto Finance, | : | |
| Urden Law Offices, P.C., | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Chapter 13 Trustee) | : | |

### ORDER

AND NOW, on this __16th__ day of _____July_____, 2017, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c) (2), or a motion for relief is granted under § 362 (d), or until further order of Court.

BY THE COURT,

_____
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-10599-TPA
Randy M. Runyan                                                 Chapter 13
Lisa A. Runyan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: lkat              Page 1 of 1           Date Rcvd: Aug 18, 2017
                              Form ID: pdf900         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
```
db/jdb         +Randy M. Runyan,    Lisa A. Runyan,    12771 Route 219,    Ridgway, PA 15853-4525
14642001       +Bank of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
14642002       +Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14642003       +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14642004       +Elk County Domestic Relations,    P.O. Box 448,    Ridgway, PA 15853-0448
14642005       +Great Lakes/U.S. Dept of Education,    P.O. Box 530229,    Atlanta, GA 30353-0229
14642008       +MRS Assoc.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14642009       +PASDU,    P.O. Box 69111,    Harrisburg, PA 17106-9111
14642011       +TD Auto Finance,    P.O. Box 9223,    Farmington, MI 48333-9223
14642012       +Udren Law Offices, P.C.,    c/o Salvatore Carollo, Esquire,    Woodcrest Corporate Center,
                 111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14642006        E-mail/Text: camanagement@mtb.com Aug 19 2017 01:06:38     M&T Bank,
                 Consumer Lending Department,    P.O. Box 4091,    Buffalo, NY 14240
14642007       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 19 2017 01:06:55      Midland Credit Management, Inc.,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14642010       +E-mail/PDF: clerical@simmassociates.com Aug 19 2017 01:08:09      SIMM Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Randy M. Runyan thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```