# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 17-10599-TPA
**Randy M. Runyan and** :
**Lisa A. Runyan,** : Chapter 13
        **Debtors** :
:
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of January, 2018, a true and correct copy of the Order dated January 2, 2018, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    METALDYNE PERFORMANCE GROUP, INC.
    ONE TOWNE SQUARE, SUITE 550
    SOUTHFIELD, MI 48076

    RANDY M. RUNYAN
    LISA A. RUNYAN
    12771 ROUTE 219
    RIDGWAY, PA 15853

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>January 3, 2018</u>

    Respectfully submitted,
    <u>   /s/Kenneth P. Seitz, Esquire   </u>
    Kenneth P. Seitz, Esquire
    PA I.D. # 81666
    The Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470
    Attorney for Debtors