**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-10599-TPA |
| Randy M. Runyan and | : | |
| Lisa A. Runyan, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 47 |
| Lisa A. Runyan, | : | |
| Movant | : | Hearing Date & Time: March 7, 2018 |
| vs. | : | 10:00 AM |
| | : | |
| No Respondents | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire , | | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING WIFE-DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL IN SOCIAL SECURITY DISABILITY CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Wife-Debtor's Application to Employ Special Counsel in Social Security Disability Case filed on January 24, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Wife-Debtor's Application to Employ Special Counsel in Social Security Disability Case appears thereon. Pursuant to the Notice of Hearing, objections to the Wife-Debtor's Application to Employ Special Counsel in Social Security Disability Case were to be filed and served no later than February 12, 2018.

It is hereby respectfully requested that the Order attached to the Wife-Debtor's Application to Employ Special Counsel in Social Security Disability Case be entered by the Court.

Dated: February 13, 2018        /s/ Kenneth P. Seitz, Esquire
                                Kenneth P. Seitz, Esquire
                                PA I.D. #81666
                                The Law Offices of Kenny P. Seitz
                                P.O. Box 211
                                Ligonier, PA 15658
                                (814) 536-7470