IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Randy M. Runyan ) | Case No.: 17-10599TPA |
| Lisa A. Runyan ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related Doc. 51, 52 |
| Trustee, ) | Related Claim 5 |
| ) | |
|     Movant, ) | |
| ) | Hearing Date: 2/27/2019 |
|     Vs. ) | at 10:00 a.m. |
| Bank of America, N.A. ) | |
|     Respondent(s) ) | |

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES**

    I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Scheduling Order and Objection on the parties at the addresses specified below on **January 18, 2019**.

    The type of service made on the parties was First Class Postage Prepaid Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Randy M. Runyan
Lisa A. Runyan
12771 Route 219
Ridgway, PA  15853

Kenneth P. Seitz, Esquire
Law offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA  19106

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Carrington Mortgage Services, LLC
Attn: Bruce Rose, CEO
1600 South Douglass Road 200-A
Anaheim, CA 92806

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

**BY:**   /s/ Amy T. Sabedra
Amy T. Sabedra
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com