Case 17-10599-TPA    Doc 58    Filed 02/28/19    Entered 03/01/19 00:55:45    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
2/25/19 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Randy M. Runyan<br>Lisa A. Runyan<br>                      Debtors<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>                      Movant<br>   vs.<br><br>Bank of America, N.A.<br>                      Respondent | NO. 17-10599-TPA<br><br>CHAPTER 13<br><br>Related to Document No. 51 |

### STIPULATION AND ORDER AS TO TRUSTEE'S MOTION TO PRECLUDE POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, Bank of America, N.A., filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges (the "PPFN") on January 19, 2018 listing fees and expenses totaling $825.00; and

WHEREAS, the Chapter 13 Trustee has filed a Motion to Preclude those fees and charges; and

WHEREAS, Respondent, solely to resolve this matter promptly and without an admission of liability or any concession of any statement of law or fact contained in the Trustee's Motion, has determined to waive the fees and charges contained in the PPFN, and did in fact waive the charges, as shown on the loan history attached hereto as Exhibit A.

It is therefore Stipulated and agreed as follows:

1. Respondent's requested fees and charges in the amount of $825.00 are waived and adjusted in the Debtors' favor, as shown in the loan history attached hereto as Exhibit A.

2. The Chapter 13 Trustee's Motion to Preclude is denied as moot.

3. Respondent is prohibited from adding any fees or other charges to the Debtors' account in connection with the response to or resolution of the Chapter 13 Trustee's Motion to Preclude, or for otherwise complying with this Stipulation and Order.

4. The hearing in this matter scheduled for February 27, 2019 at 10:00 a.m. is cancelled, and no further responsive pleadings in this matter shall be required.

Consented to by:

| */s/ Ronda J. Winnecour* | */s/ James C. Warmbrodt, Esquire* |
|---|---|
| Ronda J. Winnecour, Esquire | James C. Warmbrodt, Esquire |
| Chapter 13 Trustee | Attorney for Respondent |
| US Steel Tower-Suite 3250 | KML Law Group, P.C. |
| Pittsburgh, PA 15219 | 701 Market Street, Suite 5000 |
| Phone: 412-471-5566 | Philadelphia, PA 19106 |
| rwinnecour@chapter13trusteewdpa.com | Phone: 215-627-1322 |
| | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____ J.

Dated: February 25, 2019

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-10599-TPA
Randy M. Runyan                                                             Chapter 13
Lisa A. Runyan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: lkat               Page 1 of 1            Date Rcvd: Feb 26, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db/jdb         +Randy M. Runyan,    Lisa A. Runyan,    12771 Route 219,    Ridgway, PA 15853-4525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Randy M. Runyan thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5