**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter:    13
Case No:    1710599

In re:    RANDY M. RUNYAN
LISA A. RUNYAN

Account Number: 8613

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 3 filed on or about 10/18/2017 in the amount of $1,719.64 .

On this 7/28/2021.


By:    /s/ Franklin P. Tharp
Franklin P. Tharp, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com