# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-10599-TPA |
| Randy M. Runyan and | : | |
| Lisa A. Runyan, | : | Chapter 13 |
|     Debtors | : | |
| | : | |
| Randy M. Runyan and | : | |
| Lisa A. Runyan, | : | |
|     Movants | : | |
| vs. | : | |
| | : | |
| Bank of America Home Loans, | : | |
| Capital One Bank, N.A., | : | |
| Citi Cards, | : | |
| Elk County Domestic Relations, | : | |
| Great Lakes, | : | |
| M&T Bank, | : | |
| MRS Assoc., | : | |
| Midland Credit Management, Inc., | : | |
| PASDU, | : | |
| SIMM Associates, Inc., | : | |
| TD Auto Finance, | : | |
| Urden Law Offices, P.C., | : | |
|     Respondents | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
|     Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 26th day of October, 2021, a true and correct copy of the Expedited Motion to Obtain Auto Financing dated October 22, 2021, a copy of the Proposed Order, along with a copy of the Notice and Order Setting Hearing on an Expedited Basis dated October 25, 2021, on all the Parties on the Court's mailing matrix by First-Class Mail U.S. Postage paid.

Executed on: October 26, 2021

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-10599-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jul 6 11:03:51 EDT 2017 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Bank of America Home Loans<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 |
| Capital One Bank, N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Citi Cards<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Elk County Domestic Relations<br>P.O. Box 448<br>Ridgway, PA 15853-0448 |
| Great Lakes/U.S. Dept of Education<br>P.O. Box 530229<br>Atlanta, GA 30353-0229 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | MRS Assoc.<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 |
| Midland Credit Management, Inc.<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PASDU<br>P.O. Box 69111<br>Harrisburg, PA 17106-9111 |
| SIMM Associates, Inc.<br>800 Pencader Drive<br>Newark, DE 19702-3354 | TD Auto Finance<br>P.O. Box 9223<br>Farmington, MI 48333-9223 | Udren Law Offices, P.C.<br>c/o Salvatore Carollo, Esquire<br>Woodcrest Corporate Center<br>111 Woodcrest Road, Suite 200<br>Cherry Hill, NJ 08003-3620 |
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Lisa A. Runyan<br>12771 Route 219<br>Ridgway, PA 15853-4525 | Randy M. Runyan<br>12771 Route 219<br>Ridgway, PA 15853-4525 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M&T Bank
Consumer Lending Department
P.O. Box 4091
Buffalo, NY 14240

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.