FILED
10/25/21 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-10599-TPA |
| **Randy M. Runyan and** | : | |
| **Lisa A. Runyan,** | : | Chapter 13 |
| Debtors | : | |
| | : | Related Docket No. 65 |
| **Randy M. Runyan and** | : | |
| **Lisa A. Runyan,** | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| **Bank of America Home Loans,** | : | |
| **Capital One Bank, N.A.,** | : | |
| **Citi Cards,** | : | |
| **Elk County Domestic Relations,** | : | |
| **Great Lakes,** | : | |
| **M&T Bank,** | : | |
| **MRS Assoc.,** | : | |
| **Midland Credit Management, Inc.,** | : | |
| **PASDU,** | : | |
| **SIMM Associates, Inc.,** | : | |
| **TD Auto Finance,** | : | |
| **Urden Law Offices, P.C.,** | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee** | : | |
| Additional Respondent | : | |

**NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS**

*AND NOW*, this **25th** day of **October, 2021, NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing on Motion to Obtain Auto Financing* has been filed in the above-referenced case by **Kenneth P. Seitz, Esquire,** Counsel for **Randy M. Runyan and Lisa A. Runyan.**

On N*ovember 3, 2021,* at *11:00 A.M.* a hearing has been scheduled at which time the parties and/or their counsel shall appear via the Zoom Video Conference Application and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective August 13, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. To participate in and to join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

*On or before* _____November 1, 2021_____ , *Responses* to the *Motion* shall be filed with the

Clerk of the Bankruptcy Court and served on the parties in interest.

**Movants shall serve** a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee.

In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

**PAWB Local Form 20 (10/16)**

_____ asg
THOMAS P. AGRESTI
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Randy M. Runyan  
Lisa A. Runyan  
    Debtors

Case No. 17-10599-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 2  
Date Rcvd: Oct 25, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy M. Runyan, Lisa A. Runyan, 12771 Route 219, Ridgway, PA 15853-4525 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Randy M. Runyan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: mgut Page 2 of 2
Date Rcvd: Oct 25, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5