### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-10599-TPA |
| Randy M. Runyan and | : | |
| Lisa A. Runyan, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 69 |
| Randy M. Runyan and | : | |
| Lisa A. Runyan, | : | Hearing Date & Time: November 3, 2021 |
| Movants | : | 11:00 AM |
| vs. | : | |
| | : | |
| Bank of America Home Loans, | : | |
| Capital One Bank, N.A., | : | |
| Citi Cards, | : | |
| Elk County Domestic Relations, | : | |
| Great Lakes, | : | |
| M&T Bank, | : | |
| MRS Assoc., | : | |
| Midland Credit Management, Inc., | : | |
| PASDU, | : | |
| SIMM Associates, Inc., | : | |
| TD Auto Finance, | : | |
| Urden Law Offices, P.C., | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING
### EXPEDITED MOTION TO OBTAIN AUTO FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Expedited Motion to Obtain Auto Financing filed on October 22, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to Expedited Motion to Obtain Auto Financing appears thereon. Pursuant to the Notice of Hearing, objections to the Expedited Motion to Obtain Auto Financing were to be filed and served no later than November 1, 2021.

It is hereby respectfully requested that the Order attached to the Expedited Motion to Obtain Auto Financing be entered by the Court.

Dated: November 2, 2021            /s/ Kenneth P. Seitz, Esquire
                                                              Kenneth P. Seitz, Esquire
                                                              PA I.D. #81666
                                                              Law Offices of Kenny P. Seitz
                                                              P.O. Box 211
                                                              Ligonier, PA 15658
                                                              (814) 536-7470
                                                              Attorney for Debtors