FILED
11/2/21 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 17-10599-TPA |
| **Randy M. Runyan and** | : | |
| **Lisa A. Runyan,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| **Randy M. Runyan and** | : | |
| **Lisa A. Runyan,** | : | Related to Docket No. 65 |
| Movants | : | |
| vs. | : | |
| | : | |
| **Bank of America Home Loans,** | : | |
| **Capital One Bank, N.A.,** | : | |
| **Citi Cards,** | : | |
| **Elk County Domestic Relations,** | : | |
| **Great Lakes,** | : | |
| **M&T Bank,** | : | |
| **MRS Assoc.,** | : | |
| **Midland Credit Management, Inc.,** | : | |
| **PASDU,** | : | |
| **SIMM Associates, Inc.,** | : | |
| **TD Auto Finance,** | : | |
| **Urden Law Offices, P.C.,** | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee** | : | |
| Additional Respondent | : | |

### ORDER CONFIRMING CHAPTER 13 POST-PETITION FINANCING

**AND NOW**, this 2nd day of November, 2021, on consideration of the Debtors/Movants ("Movants") Motion Requesting Court Approval of Post-Petition Financing to Purchase a Motor Vehicle and to Request an Expedited Hearing Thereon (the "Motion"), after notice and hearing held in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is hereby granted and that movants are authorized to obtain financing to encumber the property of Movants', that is, a new vehicle with a maximum lien amount of Twenty-Five Thousand Dollars ($25,000.00), to be repaid at a maximum monthly payment of Four Hundred Fifty Dollars ($450.00) per month, such indebtedness to bear interest at a maximum annual percentage rate of 19.99%.

**IT IS HEREBY FURTHER ORDERED** that the Debtors are granted permission to make direct monthly payments to the Creditor due to their Chapter 13 Plan being completed in approximately eight (8) months.

      **It is FURTHER ORDERED** that within five (5) days of the date of this Order, Movants shall serve a copy of this Order on all Respondents, their attorneys, if any, and any other party appearing.

BY THE COURT:

_____  **asg**
THOMAS P. AGRESTI
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10599-TPA |
| Randy M. Runyan | Chapter 13 |
| Lisa A. Runyan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy M. Runyan, Lisa A. Runyan, 12771 Route 219, Ridgway, PA 15853-4525 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Randy M. Runyan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: dpas Page 2 of 2
Date Rcvd: Nov 02, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5