FILED
7/28/22 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-10599-TPA |
| Randy M. Runyan | ) | |
| Lisa A. Runyan | ) | Chapter 13 |
|     Debtor(s) | ) | Doc # __76__ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| vs. | ) | |
| Randy M. Runyan | ) | |
| Lisa A. Runyan | ) | |
|     Respondent(s) | ) | |

## ORDER

AND NOW, this **27th** day of _____**July**_____, **2022**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☑ This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐ This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A. Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B. This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

1

  E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1) the time deadline provided by state law; or

    (2) 30 days after the date of this notice.

☐ The case is not dismissed. The plan term is extended to a total of __ months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____WITH / ____ WITHOUT prejudice, without further notice or hearing.

☒ Continued, generally to ___, *Oct. 12, 2022 @ 10:30* (date)
  __ Conciliation/Status Conference with the Ch. 13 Trustee via Zoom
  ✓ Hearing before the Court ~~via Zoom~~

☒ The Debtor(s) is to take over long term continuing debt payments beginning with the ___ *August 2022* payment.

☒ The total due by the Debtor to complete the Plan is $ *2784.94*

☐ The case is dismissed without further notice or order unless the remaining $_____ due on the Plan base is paid on or before _____.

☐ The Oral Motion by the Trustee to withdraw the *Motion to Dismiss* is GRANTED.

☐ Other:

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Randy M. Runyan  
Lisa A. Runyan  
    Debtors

Case No. 17-10599-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Jul 28, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy M. Runyan, Lisa A. Runyan, 12771 Route 219, Ridgway, PA 15853-4525 |
| sp | + | Christopher P. Doherty, Doherty, Cella, Keane & Associates, LLP, 100 Cummings Center, Suite 335-N, Beverly, MA 01915-6123 |
| 14642004 | + | Elk County Domestic Relations, P.O. Box 448, Ridgway, PA 15853-0448 |
| 14642009 | + | PASDU, P.O. Box 69111, Harrisburg, PA 17106-9111 |
| 14712258 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14642012 | + | Udren Law Offices, P.C., c/o Salvatore Carollo, Esquire, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2022 23:39:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14642001 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 23:29:00 | Bank of America Home Loans, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14717471 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 28 2022 23:29:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14642002 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 23:41:43 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14642003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 23:39:51 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14642005 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 28 2022 23:30:00 | Great Lakes/U.S. Dept of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 14718681 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2022 23:41:46 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 14697125 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2022 23:39:49 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14642006 | | Email/Text: camanagement@mtb.com | Jul 28 2022 23:30:00 | M&T Bank, Consumer Lending Department, P.O. Box 4091, Buffalo, NY 14240 |
| 14695311 | + | Email/Text: camanagement@mtb.com | Jul 28 2022 23:30:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 14642008 | ^ | MEBN | Jul 28 2022 23:28:46 | MRS Assoc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14642007 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 23:30:00 | Midland Credit Management, Inc., 8875 Aero |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive, Suite 200, San Diego, CA 92123-2255 |
| 14711849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2022 23:39:47 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14642010 | + | Email/PDF: clerical@simmassociates.com Jul 28 2022 23:42:07 | | SIMM Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 14642011 | + | Email/Text: jaxbanko@td.com Jul 28 2022 23:29:00 | | TD Auto Finance, P.O. Box 9223, Farmington, MI 48333-9223 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Randy M. Runyan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5