**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No. 17-10599-GLT** |
| **Randy M. Runyan and** | : | |
| **Lisa A. Runyan,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of November, 2022, a true and correct copy of the Order dated November 2, 2022, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> METALDYNE PERFORMANCE GROUP, INC.
> ONE TOWNE SQUARE, SUITE 550
> SOUTHFIELD, MI 48076
>
> RANDY M. RUNYAN
> LISA A. RUNYAN
> 12771 ROUTE 219
> RIDGWAY, PA 15853
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>November 3, 2022</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe, Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470