Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Randy M. Runyan** | : | Case No. 17−10599−GLT |
| **Lisa A. Runyan** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 103 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/8/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this *The 22nd of December, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 103 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

      (1)   **On or before February 6, 2023**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)   This Motion is scheduled for hearing on *March 8, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Randy M. Runyan  
Lisa A. Runyan  
    Debtors

Case No. 17-10599-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Dec 22, 2022      Form ID: 604      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy M. Runyan, Lisa A. Runyan, 12771 Route 219, Ridgway, PA 15853-4525 |
| sp | + | Christopher P. Doherty, Doherty, Cella, Keane & Associates, LLP, 100 Cummings Center, Suite 335-N, Beverly, MA 01915-6123 |
| 14642004 | + | Elk County Domestic Relations, P.O. Box 448, Ridgway, PA 15853-0448 |
| 14642009 | + | PASDU, P.O. Box 69111, Harrisburg, PA 17106-9111 |
| 14642012 | + | Udren Law Offices, P.C., c/o Salvatore Carollo, Esquire, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14642001 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2022 23:40:00 | Bank of America Home Loans, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14717471 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 22 2022 23:41:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14642002 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:44:56 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15518581 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 22 2022 23:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14642003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:57:37 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14642005 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | Great Lakes/U.S. Dept of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 14718681 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:45:08 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 14697125 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:45:27 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14642006 | | Email/Text: camanagement@mtb.com | Dec 22 2022 23:41:00 | M&T Bank, Consumer Lending Department, P.O. Box 4091, Buffalo, NY 14240 |
| 14695311 | + | Email/Text: camanagement@mtb.com | Dec 22 2022 23:41:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 14642008 | ^ | MEBN | Dec 22 2022 23:38:14 | MRS Assoc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |

| | | | |
|---|---|---|---|
| District/off: 0315-1 | User: auto | | Page 2 of 2 |
| Date Rcvd: Dec 22, 2022 | Form ID: 604 | | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14642007 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2022 23:41:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14711849 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14642010 | + Email/PDF: clerical@simmassociates.com | Dec 22 2022 23:45:35 | SIMM Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 14642011 | + Email/Text: jaxbanko@td.com | Dec 22 2022 23:40:00 | TD Auto Finance, P.O. Box 9223, Farmington, MI 48333-9223 |
| 14712258 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Randy M. Runyan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6