**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RANDY M. RUNYAN<br>LISA A RUNYAN<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:17-10599<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/12/2017 and confirmed on 10/3/17. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,149.65 |
| Less Refunds to Debtor | 2,857.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,291.73 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,729.00 | |
|   Trustee Fee | 3,193.15 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,922.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 45,442.02 | 0.00 | 45,442.02 |
|     Acct: 7076 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 16,115.46 | 16,115.46 | 0.00 | 16,115.46 |
|     Acct: 7076 | | | | |
|   M & T BANK | 1,417.81 | 1,417.81 | 195.39 | 1,613.20 |
|     Acct: 9709 | | | | |
| | | | | 63,170.68 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY M. RUNYAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY M. RUNYAN | 1,226.00 | 1,226.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY M. RUNYAN | 1,226.00 | 1,226.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY M. RUNYAN | 405.92 | 405.92 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,729.00 | 3,729.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7076 | | | | |
| | | \*\*\*NONE\*\*\* | | |
| **Unsecured** | | | | |
|   UNITED STATES DEPARTMENT OF EDUCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3249 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3959 | | | | |
|   MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3191 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 899.96 | 186.39 | 0.00 | 186.39 |

17-10599                                                                                       Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5419 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9709 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8613 | | | | |
| LVNV FUNDING LLC | 9,717.13 | 2,012.51 | 0.00 | 2,012.51 |
| Acct: 2754 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UDREN LAW OFFICES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3446 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5419 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6149 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2222 | | | | |
| | | | | 2,198.90 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 65,369.58 |

TOTAL CLAIMED
PRIORITY        0.00
SECURED     17,533.27
UNSECURED   10,617.09

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    RANDY M. RUNYAN
    LISA A RUNYAN
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:17-10599

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-10599-GLT
Randy M. Runyan  Chapter 13
Lisa A. Runyan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1　　　　　　　　　　User: auto　　　　　　　　　　Page 1 of 2
Date Rcvd: Dec 22, 2022　　　　　　　　Form ID: pdf900　　　　　　　　Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy M. Runyan, Lisa A. Runyan, 12771 Route 219, Ridgway, PA 15853-4525 |
| sp | + | Christopher P. Doherty, Doherty, Cella, Keane & Associates, LLP, 100 Cummings Center, Suite 335-N, Beverly, MA 01915-6123 |
| 14642004 | + | Elk County Domestic Relations, P.O. Box 448, Ridgway, PA 15853-0448 |
| 14642009 | + | PASDU, P.O. Box 69111, Harrisburg, PA 17106-9111 |
| 14642012 | + | Udren Law Offices, P.C., c/o Salvatore Carollo, Esquire, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14642001 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2022 23:40:00 | Bank of America Home Loans, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14717471 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 22 2022 23:41:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14642002 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:45:35 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15518581 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 22 2022 23:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14642003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:57:36 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14642005 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | Great Lakes/U.S. Dept of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 14718681 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:45:12 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 14697125 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:45:26 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14642006 | | Email/Text: camanagement@mtb.com | Dec 22 2022 23:41:00 | M&T Bank, Consumer Lending Department, P.O. Box 4091, Buffalo, NY 14240 |
| 14695311 | + | Email/Text: camanagement@mtb.com | Dec 22 2022 23:41:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 14642008 | ^ | MEBN | Dec 22 2022 23:38:19 | MRS Assoc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |

Case 17-10599-GLT    Doc 108    Filed 12/24/22    Entered 12/25/22 00:25:05    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14642007 | + Email/Text: bankruptcydpt@mcmcg.com<br>Dec 22 2022 23:41:00 | | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14711849 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Dec 22 2022 23:45:37 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14642010 | + Email/PDF: clerical@simmassociates.com<br>Dec 22 2022 23:45:35 | | SIMM Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 14642011 | + Email/Text: jaxbanko@td.com<br>Dec 22 2022 23:40:00 | | TD Auto Finance, P.O. Box 9223, Farmington, MI 48333-9223 |
| 14712258 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net<br>Dec 22 2022 23:41:00 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Lisa A. Runyan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Randy M. Runyan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6